IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH W. DAVENPORT; HULL, TOWILL, NORMAN, BARRETT & SALLEY, P.C.; and JERRY A. LANDERS, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAMILTON, BROWN & BABST, LLC; LOWE, STEIN, HOFFMAN & ALLWEISS, LLP; LAMOTHE & HAMILTON, PLC; and ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & McCOLLISTER,<br><br>    Defendants. | CIVIL ACTION FILE NO. 07-928-RET-SCR<br><br><br><br><br><br>**ORDER** |

*[Handwritten annotation across document: "Denied. See Dec. order, 2F..."]*

Upon consideration of the motion of the plaintiffs for a temporary restraining order or preliminary injunction, it is hereby ORDERED that defendants may upon receipt of the attorneys' fees and expenses from IBM in the case of *Cunningham v. International Business Machines Corporation*, Case No. C421453, 19th Judicial District, Parish of East Baton Rouge, Louisiana, disburse to the respective attorneys for the class in that case hourly fees computed at $300 per hour and incurred out-of-pocket expenses. A record of those disbursements shall be served on all parties to this case. The balance of said payment for attorneys' fees and expenses from IBM shall be held in an interest-bearing trust account by the defendant firm of Roedel, Parsons, Koch, Blache, Balhoff & McCollister pending further order of this Court.

ENTERED at Baton Rouge, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE