UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUN 19  P 2: 24

BY DEPUTY CLERK

JOSEPH DAVENPORT

VERSUS

HAMILTON, BROWN, & BABST,
L.L.C., ET AL

CIVIL ACTION

NO. 07-928-C

CONSOLIDATED WITH

PATRICK J. CUNNINGHAM, ET AL

VERSUS

INTERNATIONAL BUSINESS MACHINES,
ET AL

CIVIL ACTIOIN

NO. 08-52-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 9, 2008. Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand filed by Hamilton, Brown, & Babst, L.L.C., Lowe, Stein, Hoffman, Allweis, & Hauver, Lamothe & Hamilton, P.L.C., and Roedel,

Parson, Koch, Blache, Balhoff & McCollister, is denied.

Baton Rouge, Louisiana, June *18*, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA