UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH W. DAVENPORT, ET AL

VERSUS

HAMILTON, BROWN & BABST, LLC, ET AL

CIVIL ACTION

NO. 07-928-C

consolidated with

PATRICK J. CUNNINGHAM, ET AL

VERSUS

INTERNATIONAL BUSINESS MACHINES, ET AL

CIVIL ACTION

NO. 08-52-C

**RULING**

In this appeal, plaintiff seeks review of the magistrate judge's ruling of January 12, 2009.

In reviewing the magistrate judge's ruling in question, the court must decide whether the ruling constitutes clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the magistrate judge's ruling on the issue in question, the court does not find any clear error. Accordingly,

IT IS ORDERED that the ruling of the magistrate judge dated January 12, 2009 is hereby AFFIRMED.

Baton Rouge, Louisiana, February 6, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA