UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH W. DAVENPORT, ET AL | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 07-928-BAJ-SCR |
| HAMILTON, BROWN & BABST, LLC, ET AL | |

-consolidated with-

| | |
|---|---|
| PATRICK J. CUNNINGHAM, ET AL | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 08-52-BAJ-SCR |
| INTERNATIONAL BUSINESS MACHINES, ET AL | |

## RULING

This matter is before the Court on an appeal of the magistrate judge's ruling of February 25, 2009;

In reviewing the ruling in question, the Court must determine whether the ruling is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A). Having reviewed the ruling at issue, the Court finds that it is neither clearly erroneous nor contrary to law. Accordingly, **IT IS ORDERED** that the ruling of the magistrate judge dated February 25, 2009 is hereby **AFFIRMED.**

Baton Rouge, Louisiana, October 25, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA